# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRIST CENTER OF DIVINE PHILOSOPHY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-16-65-D ) |
| ELLEN VERONICA ELAM, | ) ) |
| Defendant. | ) |

## AMENDED DEFAULT JUDGMENT

Pursuant to the Clerk's entry of default and the Court's Orders granting Plaintiff's Motion for Default Judgment and Plaintiff's Motion to Modify Injunction, the Court finds as follows:

The Court enters judgment for Plaintiff against Defendant for statutory damages in the amount of $80,000.00.

**IT IS FURTHER ORDERED** that Defendant shall be and hereby is permanently enjoined from directly or indirectly infringing Plaintiff's rights in the following copyrighted materials:

| | Copyright Registration (or Application) No. | Renewal No. | Type of Material | Title of Copyrighted Material |
|---|---|---|---|---|
| 1. | A 742095 | RE 931715 | Book | Meditation/Ancient Teachings of the Masters |

| 2.  | TX 7721917                    | N/A | Book                        | The Parables                         |
|-----|-------------------------------|-----|-----------------------------|--------------------------------------|
| 3.  | SR 737188                     | N/A | Sound Recording of Lecture  | Life after Death Part I, et al       |
| 4.  | SRu 1121446                   | N/A | Sound Recording of Lecture  | Dreams Lecture 6/30/79               |
| 5.  | TX7-721-913                   | N/A | Book                        | Looking That's What You Will Find    |
| 6.  | Application No. 1-3071958551  | N/A | Sound Recording of Lecture  | Rounds and Races Part 1              |
| 7.  | Application No. 1-3072068302  | N/A | Sound Recording of Lecture  | Rounds and Races Part 2              |
| 8.  | Application No. 1-3072068349  | N/A | Sound Recording of Lecture  | Rounds and Races Part 3              |
| 9.  | Application No. 1-3072068636  | N/A | Sound Recording of Lecture  | Rounds and Races Part 4              |
| 10. | Application No. 1-3072068813  | N/A | Sound Recording of Lecture  | Rounds and Races Part 5              |
| 11. | Application No. 1-3072068900  | N/A | Sound Recording of Lecture  | Rounds and Races Part 6              |
| 12. | Application No. 1-3072069087  | N/A | Sound Recording of Lecture  | Rounds and Races Part 7              |

| 13. | Application No. 1-3072069184 | N/A | Sound Recording of Lecture | Rounds and Races Part 8 |
| --- | --- | --- | --- | --- |
| 14. | Application No. 1-3072101231 | N/A | Sound Recording of Lecture | Rounds and Races Part 9 |
| 15. | Application No. 1-3072101430 | N/A | Sound Recording of Lecture | Rounds and Races Part 10 |
| 16. | Application No. 1-3074863550 | N/A | Sound Recording of Lecture | Kingdom of Man & His Godself |
| 17. | Application No. 1-3074767477 | N/A | Sound Recording of Lecture | Twenty-Third Psalm |
| 18. | Application No. 1-3074605082 | N/A | Sound Recording of Lecture | MEDITATION & KRYIA INITIATION |
| 19. | Application No. 1-3074604782 | N/A | Sound Recording of Lecture | MEDITATION GIVEN IN TULSA |
| 20. | Application No. 1-3072572260 | N/A | Sound Recording of Lecture | Saturday Spring Retreat Kingdom Lecture |
| 21. | Application No. 1-3072209212 | N/A | Sound Recording of Lecture | NO TITLE |
| 22. | Application No. 1-3072196193 | N/A | Sound Recording of Lecture | Friday Night Spring Retreat Kingdom Lecture |

| 23. | Application No. 1-3072195727 | N/A | Sound Recording of Lecture | NO TITLE also known as 5 Streams/Time of Refinement |
| --- | --- | --- | --- | --- |
| 24. | Application No. 1-3072101970 | N/A | Sound Recording of Lecture | Parables #1 |
| 25. | Application No. 1-3072101875 | N/A | Sound Recording of Lecture | Parables #3 |
| 26. | Application No. 1-3072101517 | N/A | Sound Recording of Lecture | LOVE |
| 27. | Application No. 1-3072101634 | N/A | Sound Recording of Lecture | Easter Lecture |
| 28. | Application No. 1-3072101711 | N/A | Sound Recording of Lecture | LAW OF OPULANCE |
| 29. | Application No. 1-3072101808 | N/A | Sound Recording of Lecture | Parables #2 |
| 30. | Application No. 1-3074997427 | N/A | Sound Recording of Lecture | Parable Of The Prodigal Son |
| 31. | Application No. 1-3075223552 | N/A | Sound Recording of Lecture | MEDITATION |

(hereinafter "the Copyrighted Works") including, but not limited to, the manufacture, reproduction, distribution, adaptation, display, advertisement,

promotion, offering for sale and/or actual sale or performance, of any materials that are the same or substantially similar to the Copyrighted Works.

Within **twenty (20) days** of the date of this Order, Defendant shall destroy, or deliver to Plaintiff or its counsel, any materials that are the same or substantially similar to the Copyrighted Works at issue.

**ENTERED** this **18th** day of October, 2017.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE